# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 01, 2014

Jeffrey Lance Hill Sr.
908 SE COUNTRY CLUB RD
LAKE CITY, FL 32025

Appeal Number: 14-10609-BB
Case Style: Jeffrey Hill, Sr. v. Suwannee River Water Managemen
District Court Docket No: 3:12-cv-00860-TJC
Secondary Case Number: 3:11-bk-03247-PMG

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

➢ A Certificate of Service

Your appendix will be filed, subject to receipt of the certificate of service within **FOURTEEN (14) DAYS** from this date.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Marcus Simmons
Phone #: (404) 335-6295

APPX-1 Appendix deficiency letter